In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-019 CV


____________________



JOSEPH BLANE DUNIGAN, Appellant



V.



PAULA DUNIGAN, Appellee






On Appeal from the 1A District Court


Jasper County, Texas


Trial Cause No. 23,804






MEMORANDUM OPINION (1)


 Joseph Blane Dunigan, appellant, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered April 15, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.